### United States Bankruptcy Court
### Northern District of Illinois

| | | |
|---|---|---|
| In re    Camiko  Smith | ) | Case No.    25-14068 |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with the bankruptcy case not previously disclosed is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept ................................. | $ | 2,500.00 |
    | Prior to the filing of this statement I have received ..................... | $ | 0.00 |
    | Balance Due ................................................................................ | $ | 2,500.00 |

2.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service as follows: Preparation and filing of required documents; attending 341 meeting; reaffirmation etc.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service unless provided in Paragraph 5:

    Representation of the debtors in any adversary proceedings; redemption; judicial lien avoidances in a Chapter 7 case; hearings on reaffirmation agreements; conversion; post-discharge litigation; appeals; post-confirmation work in a Chapter 13 case unless the applicable Model Retention Agreement provides otherwise; in a Chapter 7 case, amending a petition, list, schedule or statement postpetition not due to counsel's fault; and, in a Chapter 7 case, attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason and prior notice.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding since the filing of the previous disclosure.

Dated:   September 26, 2025                    /s/ Xiaoming Wu
                                               Borges & Wu, LLC.
                                               53 W. Jackson Blvd., Suite 462
                                               Chicago, IL 60604
                                               312-853-0200