# SERVICE LIST

Service via first-class U.S. Mail

Camiko Smith
9617 Kenneth Ave
Skokie, IL 60076

Advantage Aviator Red mc
PO Box 60517
City of Industry, CA 91716

Affirm
650 California St
12th Floor
San Francisco, CA 94108

Allied Interstate
PO Box 5002
Bethlehem, PA 18015

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

Apple Card
P.O. Box 7247
Philadelphia, PA 19170-6112

Arnold Scott Harris, P.C.
111 W. Jackson Blvd
Ste 600
Chicago, IL 60604

AT & T
P.O. Box 5014
Carol Stream, IL 60197

Barclays
PO Box 60517
City of Industry, CA 91716

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Biberk/Berkshire Hathaway Direct In
PO Box 785100
Philadelphia, PA 19178-5100

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Carrington Mortgage Services
Attn: Bankruptcy
1600 South Douglass Road, Stes 110 &
200
Anaheim, CA 92806

Celtic Bank
268 S State Street, Suite 300
Salt Lake City, UT 84111

Chase Bank
PO Box 44959
Indianapolis, IN 46244

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

CHS Enterprise Credit MS103
PO Box 64089
Saint Paul, MN 55164

Citibank/Shell Oil
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

City of Chicago
The Dept of Water Management
P.O.Box 6330
Chicago, IL 60680-6330

City of Chicago
Dept of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

City of Chicago Corporate Counselor
121 N. LaSalle Street
Suite 600
Chicago, IL 60602

City of Chicago Dept. Finance
Dept. of Law Bankruptcy
121 N. LaSalle St., Suite 400
Chicago, IL 60602

City of Chicago Dept. of Finance
PO Box 6330
Chicago, IL 60680

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181

Cook County Treasurer
118 North Clark Street
Suite 112
Chicago, IL 60602

Credence Resource Management, LLC
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

CRF Solutions
PO Box 1389
Simi Valley, CA 93062

DNC Phone Company
16 4th Avenue West
Lisbon, ND 58054

Endeavor Health
Building Department
23056 Network Pl
Chicago, IL 60673

Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

FNBO
PO BOX 3331 Stop Code 3114
Omaha, NE 68103

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Harris & Harris, Ltd.
111 W Jackson Blvd., Ste 650
Chicago, IL 60604

Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794

Illinois Dept of Revenue
100 W RANDOLPH STREET
LEGAL SERVICES M/C 7-900
Chicago, IL 60601

Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kenneth Rapport
4241 Main St,
Skokie, IL 60076

Linebarger Goggan Blair & Sampson
233 S. Wacker Drive, #4030
Chicago, IL 60606

Navient
Attn:  Bankruptcy
Po Box 9635
Wilkes Barre, PA 18773

Nicor
Attention: Bankruptcy & Collections
PO Box 549
Aurora, IL 60507

Northshore Hospital
9600 Gross Point Road
Skokie, IL 60076

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701

Otter Tail Power
PO Box 2002
Fergus Falls, MN 56538

Peoples Gas
200 E Randolph St
20th Floor
Chicago, IL 60601

Real Time Resolutions, Inc
P.O. Box 36655
Dallas, TX 75235-1655

RFGI
11346 S Parnell Avenue
Chicago, IL 60628

Secretary of State
Safety & Financial
2701 S. Dirksen Parkway
Springfield, IL 62723

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Small Business Administration
Office of General Counsel
409 3rd St. SW
Washington, DC 20416

SWC Group
4120 International Parkway #100
Carrollton, TX 75007

Village of Pleasant Prairie
9915 39th
Pleasant Prairie, WI 53158

Village of Skokie
PO Box 7642
Carol Stream, IL 60197

Village of Skokie
PO Box 309
Skokie, IL 60077

Electronic Service

Daniel J Winter, Trustee

U.S. Trustee