**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Camiko Smith | ) | Case No. 25-14068 |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | Judge Deborah L. Thorne |

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

NOW COMES Xiaoming Wu, in support of Motion to Withdraw as Counsel for the Debtor pursuant to Local Bankruptcy Rule 2040-5(B) and Illinois Rules of Professional Conduct Rule 1.16(b), states as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed the instant case as a Chapter 7 on 9/12/25. The debtor's petition was filed as a skeletal, bare-bone petition.

4. After the petition was filed, the debtor signed a contract for postpetition services. However, the debtor has made no payment on the legal fee as required by the postpetition contract, despite repeated requests and warnings made by telephone and email.

5. The debtor has failed substantially to fulfill an obligation to counsel regarding his services and has been given reasonable warning that counsel will withdraw unless the obligation is fulfilled.

WHEREFORE, counsel requests that this Court enter an order allowing him to withdraw as attorney for the debtor, and granting such relief as this Court deems just and proper.

Respectfully submitted,

/s/ _Xiaoming Wu_
Borges & Wu, LLC.
53 W. Jackson Blvd, Suite 462
Chicago, IL 60604
312-853-0200