UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Camiko Smith<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   25-14068<br><br>Chapter: 7<br>Honorable Deborah L. Thorne |

**ORDER ALLOWING WITHDRAWAL OF COUNSEL FOR THE DEBTOR**

      This cause coming on the Motion to Withdraw as Counsel for the Debtor pursuant to Local Bankruptcy Rule 22040-5(B) and Illinois Rules of Professional Conduct Rule 1.16(b), Xiaoming Wu representing that all parties have been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED BY THE COURT that Xiaoming Wu is allowed to withdraw as counsel for the Debtor.

Enter:  *Deborah L. Thorne* (signature)

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  November 19, 2025

**Prepared by:**

Borges & Wu, LLC
53 W. Jackson Blvd., Suite 462
Chicago, IL 60604
312-853-0200